**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                 )
SAKI BACHA (aka MOHAMMED JAWAD),                 )
                                                 )
                                    Petitioner,  )
                                                 )
            v.                                   )   Civil Action No. 05-2385 (ESH)
                                                 )           (ISN 900)
BARACK H. OBAMA, *et al.*,                        )
                                                 )
                                   Respondents.  )
_____)

## ORDER

Before the Court is respondents' notice that respondents will no longer treat petitioner as detainable under the AUMF (Dkt. No. 311) and petitioner's response thereto (Dkt. No. 314), respondents' proposed order and judgment (Dkt. No. 319), and respondents' memorandum in support of respondents' proposed order for resolution of this action (Dkt. No. 320). For the reasons stated during today's public hearing, it is hereby

**ORDERED** that Mohammed Jawad's petition for writ of *habeas corpus* is **GRANTED**. It is

**FURTHER ORDERED** that on or before August 6, 2009, respondents shall submit to the Congress the information required under Section 14103(e) of the Supplemental Appropriations Act, Pub. L. No. 111-32, 123 Stat. 1859 (2009). It is

**FURTHER ORDERED** that beginning on August 21, 2009, when 15 days following the submission of the aforesaid information to the Congress have passed, respondents shall promptly release petitioner Jawad from detention at the U.S. Naval Station at Guantanamo Bay and transfer him to the custody of the receiving government. It is

**FURTHER ORDERED** that petitioner Jawad shall be treated humanely consistent with respondents' legitimate security and operational concerns.  It is

**FURTHER ORDERED** that on or before August 24, 2009, respondents shall file a status report regarding petitioner Jawad's transfer.

**SO ORDERED.**

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:   July 30, 2009